IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSCOE FLETCHER**                                                                                    **PETITIONER**
**ADC #153909**

V.                                    Case No. 4:21-cv-00066-LPR

**DEXTER PAYNE**                                                                                       **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge J. Thomas Ray. After a careful and *de novo* review of the findings and recommendations, the timely objections thereto,[1] and the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2). Because the Court will not issue a certificate of appealability, it certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's Motion to Dismiss was filed on May 26, 2021. Plaintiff responded on June 14, 2021. Judge Ray issued his Recommended Disposition on February 7, 2022: On February 15, 2022, the Court received a second response to the Motion to Dismiss from the Plaintiff. Out of an abundance of caution, the Court will treat this document as if it is an Objection to Judge Ray's Recommended Disposition. The Court has received no other Objection.