IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSCOE FLETCHER**                                                                                          **PETITIONER**
**ADC #153909**

V.                                   Case No. 4:21-cv-00066-LPR

**DEXTER PAYNE**                                                                                               **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice. Pursuant to Fed. R. App. P. 24(a)(3)(A), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith. The Court will not issue a certificate of appealability.

IT IS SO ADJUDGED this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE